IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


WILLIE J. CANADY,

    Petitioner,

vs.                        Case No. 4:07cv232-RH/WCS

JAMES R. McDONOUGH,

    Respondent.
_____/

### REPORT AND RECOMMENDATION TO TRANSFER § 2254 PETITION

Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and a motion to proceed in forma pauperis. Docs. 1 and 2. He later paid the filing fee, so the motion to proceed in forma pauperis is moot.

Petitioner challenges the judgment of the Circuit Court in Hamilton County Florida. He was incarcerated at Liberty Correctional Institution, located in this district, when the petition was filed. According to the website of the Florida Department of Corrections, he is now held at the South Florida Reception Center (SFRC), located in the Southern District.

Jurisdiction is appropriate in the districts of confinement and conviction. 28 U.S.C. § 2241(d). Even if Petitioner remained incarcerated here, the district of conviction is the most convenient and appropriate venue and the petition should be transferred to the Middle District under § 2241(d). *See also*, Parker v. Singletary, 974 F.2d 1562, 1582 and n. 118 (11th Cir. 1992) (finding transfer "in furtherance of justice" under § 2241(d), citations omitted); Eagle v. Linahan, 279 F.3d 926, 933, n. 9 (11th Cir. 2001) (noting the practice in district courts in Georgia to transfer petitions to the district of conviction under § 2241(d)).

It is therefore respectfully **RECOMMENDED** that this case be **TRANSFERRED** to the United States District Court for the Middle District of Florida for all further proceedings.

**IN CHAMBERS** at Tallahassee, Florida on July 2, 2007.

    s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO PARTIES

Within 15 days after being served with a copy of this report and recommendation, a party may serve and file specific, written objections to the proposed findings and recommendations. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.

Case No. 4:07cv232-RH/WCS